Submitted on record and briefs May 24, reversed and remanded for new trial May 24, 1976

STATE OF OREGON, *Respondent,*
*v.*
JON LARK GOODSBY, *Appellant.*
(No. 9066, CA 5418)
549 P2d 1130

Gary D. Babcock and Paul J. DeMuniz, attorneys for appellant.

W. Michael Gillette, attorney for respondent.

Before Schwab, Chief Judge, and Fort and Lee, Judges.

PER CURIAM.

The state confesses error under the doctrine of *Santobello v. New York,* 404 US 257, 92 S Ct 495, 30 L Ed 2d 427 (1971). Reversed and remanded for a new trial.